***E-FILED 10/3/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENLO LOGISTICS, INC., | No. C 08-04584 RS |
| Plaintiff, | |
| v. | ORDER TRANSFERING ACTION |
| GLOBAL HOME INDUSTRIES,, LLC, | |
| Defendant. | |

Pursuant to Local Civil Rule 3-2(c), a civil action "arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Rule 3-2(d) provides that civil actions arising in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma are to be assigned to the San Francisco or Oakland division of this court. Further, when a judge of this court finds that a civil action has not been "assigned to the proper division within this district in accordance with this rule," the judge may transfer the action to the appropriate venue. Civ. Rule 3(f).

This action arises in San Mateo County and so should be reassigned to the San Francisco or Oakland division. This action is therefore TRANSFERRED for reassignment in accordance with

///

ORDER TRANSFERRING CASE

1  Civil Rule 3(d).
2      IT IS SO ORDERED.
3  DATED:    October 3, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER TRANSFERRING CASE                              2

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

William David Taylor, Esq wtaylor@hansonbridgett.com

Christina M. Nugent, Esq Cnugent@hansonbridgett.com

Dated: October 3, 2008

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

ORDER TRANSFERRING CASE    3